AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CHARLES E. ANDERSON, et al.,

V.

JJ INTERIOR SPECIALTIES, INC., and
NORWOOD COMMERCIAL CONTRACTORS, INC.

CASE NUMBER: 08CV1934
JUDGE ST.EVE
ASSIGNED JUDGE: MAGISTRATE JUDGE DENLOW

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Norwood Commercial Contractors, Inc.
c/o Barbara M. Demos, Registered Agent
4746 N. Milwaukee Ave
Chicago, IL 60630

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William W. Leathem
Jacobs Burns Orlove Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 4, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 8'th, 2008 |
| NAME OF SERVER (PRINT) Philip P. Ducar | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Personally handed the Summons and the Complaint to Attorney Barbara M. Demos, R/A for the defendant, Norwood Commercial Contractors, Inc. Service was effected at the office of Ms. Barbara Demos, at 4746 N. Milwaukee Ave., in Chicago, Ill., at 2:15 p.m., on April 8'th, 2008.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 8th, 2008         *Philip P. Ducar*
              Date                    Signature of Server

Post Office Box # 911
Tinley Park, Ill. 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.