# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 CV 1934

Painters District Council No. 30 Health & Welfare Fund, et al.
v.
JJ Interior Specialties, Inc. and Norwood Commercial
Contractors

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JJ Interior Specialties, Inc. and
Norwood Commercial Contractors, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Sean F. Darke | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Sean F. Darke | |
| FIRM <br> Wessels & Pautsch, P.C. | |
| STREET ADDRESS <br> 33 W. Monroe Street, Suite 1120 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6285312 | TELEPHONE NUMBER <br> (312) 629-9300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |