**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 CV 1934

Painters District Council No. 30 Health & Welfare Fund, et al.
v.
JJ Interior Specialties, Inc. and Norwood Commercial Contractors

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JJ Interior Specialties, Inc. and
Norwood Commercial Contractors, Inc.

| |
|---|
| NAME (Type or print)<br>Walter J. Liszka |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Walter J. Liszka |
| FIRM<br>Wessels & Pautsch, P.C. |
| STREET ADDRESS<br>33 W. Monroe Street, Suite 1120 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1675656 | TELEPHONE NUMBER<br>(312) 629-9300 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |