IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES E. ANDERSON, Trustee on behalf of PAINTER'S DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND, PAINTER'S and, NORTHERN ILLINOIS PAINTERS, DECORATORS AND DRYWALL FINISHERS JOINT APPRENTICESHIP AND TRAINING FUND; DONALD STEADMAN Trustee on behalf of the NORTHERN ILLINOIS PAINTING AND DRYWALL INSTITUTE; and the DISTRICT COUNCIL NO. 30 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO, a labor organization,<br><br>Plaintiffs,<br><br>v.<br><br>JJ INTERIOR SPECIALTIES, INC. and NORWOOD COMMERCIAL CONTRACTORS, INC.<br><br>Defendants. | Case No. 08 CV 1934<br><br>Judge Amy St. Eve<br><br>Magistrate Judge Denlow |

**NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT**

Defendant, JJ Interiors Specialties, Inc., in accordance with Fed. R. Civ. P. 7.1 and the Northern District of Illinois, Eastern Division LR 3.2, discloses to this Court, by and through its attorneys, Walter J. Liszka and Sean F. Darke, states that it is not affiliated with any other corporation and is it not owned by a parent corporation. Defendant further states that no entity owns more than 5% of the corporation.

Respectfully Submitted,

**JJ Interiors Specialties, Inc.**

By:   s/ Sean F. Darke
          Sean F. Darke

Walter J. Liszka (ARDC #1675656)
Sean F. Darke (ARDC #6285312)
Wessels & Pautsch, P.C.
33 W. Monroe Street, Suite 1120
Chicago, Illinois 60603
(312) 629-9300 (Telephone)
(312) 629-9301 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES E. ANDERSON, Trustee on behalf of PAINTER'S DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND, PAINTER'S and, NORTHERN ILLINOIS PAINTERS, DECORATORS AND DRYWALL FINISHERS JOINT APPRENTICESHIP AND TRAINING FUND; DONALD STEADMAN Trustee on behalf of the NORTHERN ILLINOIS PAINTING AND DRYWALL INSTITUTE; and the DISTRICT COUNCIL NO. 30 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO, a labor organization,<br><br>    Plaintiffs,<br>v.<br><br>JJ INTERIOR SPECIALTIES, INC. and NORWOOD COMMERCIAL CONTRACTORS, INC.<br><br>    Defendants. | Case No. 08 CV 1934<br><br>Judge Amy St. Eve<br><br>Magistrate Judge Denlow |

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 28th day of April 2008, he served a true and correct copy of **NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing upon the following individual(s):

    Marisel A. Hernandez
    Mark Garrett Hohimer
    William Walter Leathem
    Jacobs, Burns, Orlvoe, Stanton & Hernandez
    122 S. Michigan Avenue, Suite 1720
    Chicago, Illinois 60603

                                                    s/ Sean F. Darke
                                                    Sean F. Darke