### *United States District Court for the Northern District of Illinois*

Case Number: 08CV1934

Assigned/Issued By: J. N.

Judge Name:

Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**

☒ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons    ☐ Alias Summons

☑ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets    (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

1 Original and 0 copies on 4-30-08 as to CHICAGO REGIONAL
                                (Date)
COUNCIL OF CARPENTERS PENSION FUND