AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

Painters District Council No. 30 Health &
Welfare Fund, et al.

**THIRD PARTY SUMMONS IN A
CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

JJ Interior Specialties, Inc. and Norwood
Commercial Contractors

| | |
|---|---|
| CASE NUMBER: | 08 CV 1934 |
| ASSIGNED JUDGE: | Amy St. Eve |

V. THIRD PARTY DEFENDANT

Chicago Regional Council of Carpenters
Pension Fund, Chicago Regional Council of
Carpenters Welfare Fund, et al.

| | |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | Denlow |

To: Name and address of Third Party Defendant

Chicago Regional Council of Carpenters
Apprentice and Trainee Program Fund and Their
Trustees
1256 Estes Avenue
Elk Grove Village, Illinois 60007

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Marisel A. Hernandez
Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, Illinois 60603

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Sean F. Darke
Wessels & Pautsch, P.C.
33 W. Monroe Street, Suite 1120
Chicago, Illinois

an answer to the third-party complaint which is herewith served upon you within ___20___ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil

Michael W. Dobbins, Clerk

:manding judgment against you i
:ules of Civil Procedure, in whicl
: to the claim of the third-party pla

**April 30, 2008**

(By) DEPUTY CLERK

Date



(By) DEPUTY CLERK

State of Illinois

General No.: 08CV1934

County of USDC CHICAGO

### AFFIDAVIT OF SERVICE

MICHAEL McGLOON deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 4/30/2008 at 2:29:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT THIRD PARTY with Chicago Regional Council of Carpenters Apprentice & Trainee Program as shown below:

Served the wihin named Chicago Regional Council of Carpenters Apprentice & Trainee Program by delivering a true and correct copy of the SUMMONS and COMPLAINT THIRD PARTY, to Lucy Diaz a person authorized to accept service of process as agent.

Said service was effected at 1256 Estes Ave., Elk Grove Village, IL 60007

Description of Person Served Sex:   Height:   Weight:   Race:   Age:

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

5-1-08

Dated

Michael McGloon
117-000192