**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHARLES E. ANDERSON, Trustee on behalf )<br>of PAINTER'S DISTRICT COUNCIL NO. 30 )<br>HEALTH AND WELFARE FUND, PAINTER'S )<br>and, NORTHERN ILLINOIS PAINTERS, )<br>DECORATORS AND DRYWALL FINISHERS )<br>JOINT APPRENTICESHIP AND TRAINING )<br>FUND; DONALD STEADMAN Trustee on behalf )<br>of the NORTHERN ILLINOIS PAINTING AND )<br>DRYWALL INSTITUTE; and the DISTRICT )<br>COUNCIL NO. 30 OF THE INTERNATIONAL )<br>UNION OF PAINTERS AND ALLIED )<br>TRADES, AFL-CIO, a labor organization, )<br>)<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>JJ INTERIOR SPECIALTIES, INC. and )<br>NORWOOD COMMERCIAL )<br>CONTRACTORS, INC. )<br>)<br>        Defendants )<br>        Third-Party Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>CHICAGO REGIONAL COUNCIL OF )<br>CARPENTERS PENSION FUND, )<br>CHICAGO REGIONAL COUNCIL OF )<br>CARPENTERS WELFARE FUND, the )<br>CHICAGO REGIONAL COUNCIL OF )<br>CARPENTERS APPRENTICE and TRAINEE )<br>PROGRAM FUND, and Their Trustees, )<br>)<br>        Third-Party Defendants. ) | Case No:  08 CV 1934<br><br>Judge St. Eve<br><br>Magistrate Judge Denlow |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **June 4, 2008 at 8:30 a.m.**, or as soon thereafter as counsel may be heard, Defendants/Third-Party Plaintiffs will appear before the Honorable Amy St. Eve in her Courtroom, No. 1241, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached, **Third-Party Plaintiffs' Motion For Leave to File and Amended Third-Party Complaint** of which are attached hereto and hereby served upon you.

1

**NORWOOD COMMERCIAL CONTRACTORS, INC. and JJ INTERIOR SPECIALTIES, INC.**

By:   <u>s/ Sean F. Darke</u>
       One of Its Attorneys

Walter J. Liszka (ARDC #1675656)
Sean F. Darke (ARDC #6285312)
Wessels Pautsch & Sherman P.C.
33 West Monroe Street, Suite 1120
Chicago, Illinois 60603
(312) 629-9300 (Telephone)
(312) 629-9301 (Facsimile)

**ATTORNEYS FOR THIRD-PARTY PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 30, 2008, he served a true and correct copy of **ITS MOTION FOR LEAVE TO FILE AN AMENDED THIRD-PARTY COMPLAINT** to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following individual(s):

Terrance McGann
Karen Rioux
Whitfield & McGann
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601

Marisel A. Hernandez
Mark Garrett Hohimer
William Walter Leathem
Jacobs, Burns, Orlvoe, Stanton & Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, Illinois 60603

s/ Sean F. Darke
Sean F. Darke