**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) | CASE NO. 06 C 1145 |
| Plaintiffs, | ) ) | Judge Leinenweber |
| vs. | ) ) | Mag. Judge Denlow |
| JJ INTERIOR SPECIALTIES, INC. and NORWOOD COMMERCIAL CONTRACTORS, INC., | ) ) ) ) | |
| Defendants. | ) | |
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) | |
| Third-Party Defendants. | ) | |

**NOTICE OF MOTION**

To:   See attached Service List.

    PLEASE TAKE NOTICE that on **June 4, 2008** I shall appear before the Honorable Amy J. St. Eve, at approximately **9:00 a.m. in Courtroom 1241**, at the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present *Third Party Defendants' Rule 12(b)(1) and 12(b)(6) Motion to Dismiss*, a copy of which has been electronically served upon you.

    Respectfully Submitted

    By: /s/ Karen M. Rioux
        One of the attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

    I, Karen M. Rioux, Plaintiff's attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on June 2, 2008.

    /s/ Karen M. Rioux

Terrance B. McGann (6199967)
Raymond J. Sanguinetti (6244798)
Gregory N. Freerksen (0874612)
Karen M. Rioux (6279378)
Whitfield & McGann
111 East Wacker Drive, Suite 2600
Chicago Illinois, 60601
(312) 251-9700 Fax (312) 251-9701

## SERVICE LIST

Marisol A. Hernandez
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Ave., Suite 1720
Chicago, IL  60603

Mark Garrett Hohimer
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Ave., Suite 1720
Chicago, IL  60603

William Walter Leathem
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Ave., Suite 1720
Chicago, IL  60603

Sean Francis Darke
Wessels & Pautsch, PC
33 W. Monroe St., Suite 1120
Chicago, IL  60603

Walter J. Liszka
Wessels & Pautsch, PC
33 W. Monroe St., Suite 1120
Chicago, IL  60603