UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Charles E. Anderson, et al.
                        Plaintiff,

v.                                         Case No.: 1:08−cv−01934
                                         Honorable Amy J. St. Eve

JJ Interior Specialties, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Motion to dismiss [26] is denied as moot without prejudice, as stated in open court. Motion for leave to file [27] is granted. Answer or otherwise plead to the Amended Third Party Complaint by 6/19/2008. Response due 7/10/2008. Reply due 7/24/2008. Motion hearing held on 6/5/2008 regarding motion to dismiss, [26], motion for leave to file[27] ; ( Status hearing set for 7/16/2008 is stricken and reset to 8/27/2008 at 08:30 AM.).Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.