**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHARLES E. ANDERSON, Trustee on behalf of PAINTER'S DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND, et al., </br>      Plaintiffs, </br> vs. </br> </br> JJ INTERIOR SPECIALTIES, INC. and NORWOOD COMMERCIAL CONTRACTORS, INC., </br> </br>      Defendants. </br> CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., </br>      Third-Party Defendants. | CASE NO. 08 CV 1934 </br> </br> Judge St. Eve </br> </br> Mag. Judge Denlow |

**NOTICE OF MOTION**

To:   See attached Service List.

   PLEASE TAKE NOTICE that on **June 25, 2008** I shall appear before the Honorable Amy J. St. Eve, at approximately **8:30 a.m. in Courtroom 1241**, at the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present *Third Party Defendants' Rule 12(b)(6) Motion to Dismiss*, a copy of which has been electronically served upon you.

                     Respectfully Submitted

                     By: /s/ Karen M. Rioux
                          One of the attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

   I, Karen M. Rioux, Plaintiff's attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on June 19, 2008.

                     /s/ Karen M. Rioux

Terrance B. McGann (6199967)
Raymond J. Sanguinetti (6244798)
Gregory N. Freerksen (0874612)
Karen M. Rioux (6279378)
Whitfield & McGann
111 East Wacker Drive, Suite 2600
Chicago Illinois, 60601
(312) 251-9700 Fax (312) 251-9701

**SERVICE LIST**

Marisol A. Hernandez
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Ave., Suite 1720
Chicago, IL  60603

Mark Garrett Hohimer
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Ave., Suite 1720
Chicago, IL  60603

William Walter Leathem
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Ave., Suite 1720
Chicago, IL  60603

Sean Francis Darke
Wessels & Pautsch, PC
33 W. Monroe St., Suite 1120
Chicago, IL  60603

Walter J. Liszka
Wessels & Pautsch, PC
33 W. Monroe St., Suite 1120
Chicago, IL  60603