**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHARLES E. ANDERSON, Trustee on behalf ) <br> of PAINTER'S DISTRICT COUNCIL NO. 30 ) <br> HEALTH AND WELFARE FUND, PAINTER'S ) <br> and, NORTHERN ILLINOIS PAINTERS, ) <br> DECORATORS AND DRYWALL FINISHERS ) <br> JOINT APPRENTICESHIP AND TRAINING ) <br> FUND; DONALD STEADMAN Trustee on behalf ) <br> of the NORTHERN ILLINOIS PAINTING AND ) <br> DRYWALL INSTITUTE; and the DISTRICT ) <br> COUNCIL NO. 30 OF THE INTERNATIONAL ) <br> UNION OF PAINTERS AND ALLIED ) <br> TRADES, AFL-CIO, a labor organization, ) <br> ) <br>                Plaintiffs, ) <br> v. ) <br> ) <br> JJ INTERIOR SPECIALTIES, INC. and ) <br> NORWOOD COMMERCIAL ) <br> CONTRACTORS, INC., ) <br> ) <br>                Defendants. ) <br> ) | Case No: 08 CV 1934 <br><br> Judge St. Eve <br><br> Magistrate Judge Denlow |

**PROTECTIVE ORDER**

In accordance with Federal Rule 26(c) and the stipulation among the parties in the above-captioned cause, the Court issues a protective order concerning the personnel, confidential and proprietary documents and exhibits to be produced by JJ Interior Specialties, Inc. and Norwood Commercial Contractors, Inc. (hereinafter "Defendants"). Unless modified by subsequent written agreement of the parties, or by motion brought before the Court, the parties are instructed and are ordered that:

Defendants wish to designate certain documents as "Confidential" regarding its personnel,

financial, and proprietary documents. Specifically, but not limited to, Defendants' documents labeled "Confidential" shall be payroll registers; state and federal tax forms; general ledger, 1099s and 1096s, check register or Cash Disbursement, Invoices, and other proprietary information. Such documents designated by Defendants, as "Confidential," shall be subject to the terms and conditions of this Order. All such documents, materials, or information shall be referred to as "Confidential Information";

All documents that are to be provided protection under this protective order shall be stamped or otherwise marked by Defendants as "Confidential". Documents that are not stamped or otherwise marked as "Confidential" shall be afforded no protection under this Order. Plaintiffs shall retain the right at all times to contest, by proper motion to this Court, Defendants "Confidential" designation to any document or other information labeled as such;

The "Confidential Information" exchanged in this lawsuit is to be used solely and exclusively for this litigation as captioned above, including any appeals, petitions for rehearing, and petitions for certiorari;

To the extent that Plaintiffs' Counsel copy any of the materials protected by this Order, such copies shall be retained solely in the custody of Plaintiffs' Counsel at all times during the pending litigation and shall not be provided to any other person(s) or entity except as provided in this Order;

The "Confidential Information" expressed in this Order and the contents shall be "attorneys' eyes only," and therefore, may only be revealed: (a) to the attorneys' who have made appearances in this matter, (b) the Plaintiffs their Trustees, officers, employees, administrators, agents, advisors, and attorneys, (c) by members affiliated with the public accounting firm that the Plaintiffs have engaged, specifically, Bansley and Kiener, L.L.P., (d) court reporters engaged to record depositions, hearings, or trials in this case, (e) the Court, and (f) witnesses; and it shall be Plaintiffs' Counsel's

responsibility to instruct and advise those individuals (except for the Court, court staff and court reporters) that they are bound by the Protective Order and such individuals (except for the Court, court staff, and court reporters) shall sign the Exhibit A attached here regarding their responsibility;

It is further ordered that Plaintiffs' counsel, agent, or representative shall not provide any "Confidential Information" subject to this Order to any Third-Party, specifically any other Union or Union representative, without first obtaining an order from this Court or by written agreement by all parties, and that if such "Confidential Information" is provided to a Third-Party such individual may, upon a properly filed motion and after the opportunity to be heard, be found to be in contempt of court and may be required to reimburse Defendants for any and all damages that relate to such contempt.

If it becomes necessary to file any document that is marked as "Confidential" the parties agree that the document or documents shall be filed under seal, unless the parties agree in writing or this Court orders otherwise. Before filing any document under seal, the party seeking to have it filed under seal must seek leave of court;

This Protective Order governs pre-trial procedures only. If this matter proceeds to trial, the parties shall seek an Order from this Court that establishes the appropriate procedure for the use and protection during the trial regarding those documents and information marked as "Confidential" under this protective order, to the extent the Court deems necessary; and

The Plaintiffs' counsel also agree that all documents or other items that are marked as "Confidential," and all copies, shall be returned to Defendants within thirty (30) calendar days from the termination of this litigation, including any appeals, petitions for rehearing, and petitions for certiorari, or upon the Parties reaching a settlement regarding this action. The parties shall file a motion to retrieve all documents filed under seal with the Court within 60 days after the close of the

case. If the parties fail to file such a motion, the documents will automatically be unsealed and made part of the public record.

Dated: July 29, 2008

                                              Entered:

                                              _____
                                              AMY J. ST. EVE
                                              United States District Court Judge

# EXHIBIT "A"

## AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

I understand that I will be shown documents or provided with information or materials that have been designated as Confidential. I also understand that the documents, materials or information may contain financial information, confidential, privileged or proprietary information.

I have read the Stipulated Protective Order ("Order") in the following action <u>Charles E. Anderson, Trustee on Behalf of Painter's District Council No. 30 Health and Welfare Fund, Painter's and Northern Illinois Painters, Decorators and Drywall Finishers Joint Apprenticeship and Training Fund; Donald Steadman Trustee on behalf of the Northern Illinois Painting and Drywall Institute; and the District Council No. 30 of the of the International Union of Painters and Allied Trades, AFL-CIO, a labor organization, v. JJ Interior Specialties, Inc. and Norwood Commercial Contractors, Inc</u>., Case No: 08 CV 19345, pending in the United States District Court for the Northern District of Illinois Eastern Division. I have initialed each page of the Order as an indication that I understand it and agree to be bound by its terms and provisions. Without limiting my obligations under the Order, I understand and agree that:

1. I cannot and will not use any Confidential Information (as that term is defined in the Order) for any purpose, including any business or commercial purpose, other than to assist counsel or the Court in the prosecution, defense or settlement of this Litigation. Any use of Confidential Information must be as provided in the Order or subsequent court order.

2. If I am given copies of any Confidential Information, I agree to return the documents as provided in the Protective Order.

3. I understand that violation of this Agreement may result in my being held in contempt of Court and declared responsible for certain fees and costs.

Date: _____                    _____
                                         Signature

                                         _____
                                         Printed Name

                                         _____
                                         Address

                                         _____
                                         City, State, Zip Code