## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CHARLES E. ANDERSON, Trustee on behalf of PAINTER'S DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND, et al., <br>       Plaintiffs, <br> vs. <br><br> JJ INTERIOR SPECIALTIES, INC. and NORWOOD COMMERCIAL CONTRACTORS, INC., <br><br>       Defendants. <br> CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., <br>       Third-Party Defendants. | CASE NO.  08 CV 1934 <br><br> Judge St. Eve <br><br> Mag. Judge Denlow |

### NOTICE OF MOTION

To:   See attached Service List.

     PLEASE TAKE NOTICE that on **August 27, 2008** I shall appear before the Honorable Judge St. Eve at approximately **8:30 a.m. in Courtroom 1241** at the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present *Rule 11 Motion for Sanctions*, a copy of which has been electronically served upon you.

                                   Respectfully Submitted

                                     By: /s/ Karen M. Rioux
                                          One of the attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

     I, Karen M. Rioux, Plaintiff's attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on August 25, 2008.

                                     /s/ Karen M. Rioux

Terrance B. McGann (6199967)
Raymond J. Sanguinetti (6244798)
Gregory N. Freerksen (0874612)
Karen M. Rioux (6279378)
Whitfield & McGann
111 East Wacker Drive, Suite 2600
Chicago Illinois, 60601
(312) 251-9700 Fax (312) 251-9701

## **SERVICE LIST**

Marisol A. Hernandez
Mark Garrett Hohimer
William Walter Leathem
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Ave., Suite 1720
Chicago, IL  60603

Walter J. Liszka
Sean Francis Darke
Wessels & Pautsch, PC
33 W. Monroe St., Suite 1120
Chicago, IL  60603