## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Charles E. Anderson, et al.
                             Plaintiff,

v.                                             Case No.: 1:08–cv–01934
                                               Honorable Amy J. St. Eve

JJ Interior Specialties, Inc., et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

   MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/27/2008 and continued to 10/15/08 at 8:30 a.m. Third−party defendant's motion for sanctions [44] is entered. Response to be filed by 9/17/08. Reply to be filed by 9/24/08. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.